No. 19-2450

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CAPE FEAR RIVER WATCH, et al.,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

On Petition for Review

**SUPPLEMENTAL JOINT STATUS REPORT (February 27, 2023)**

TODD KIM
*Assistant Attorney General*
ANDREW J. DOYLE
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, D.C. 20044
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

The parties in this case—Respondents United States Environmental Protection Agency and Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency, and Petitioners Cape Fear River Watch, Rural Empowerment Association for Community Help, Waterkeepers Chesapeake, Animal Legal Defense Fund, Center for Biological Diversity, Comite Civico del Valle, Environment America, Food & Water Watch, Humane Society of the United States, and Waterkeeper Alliance—provide this supplemental status report.

This case is held in abeyance pending the occurrence of the earliest of three potential triggering events. *See* Order dated Oct. 14, 2021 (ECF No. 85), at 1-2. As we previously reported, on January 20, 2023, a triggering event occurred; the United States Environmental Protection Agency issued Effluent Guidelines Program Plan 15 ("Plan 15"). Plan 15 is published on EPA's website (https://www.epa.gov/eg/effluent-guidelines-plan), and a notice of its availability is published at 88 Fed. Reg. 6258 (Jan. 31, 2023).

Within 14 days of this status report, Petitioners will file a motion for voluntary dismissal of their petition for review, with each side bearing its own costs and fees.

Dated:  February 27, 2023

Respectfully submitted,

*s/ Andrew J. Doyle*
TODD KIM
*Assistant Attorney General*
ANDREW J. DOYLE
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, D.C. 20044
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov


*Counsel for Respondents EPA and its Administrator*


*s/ Jennifer Duggan*
Jennifer Duggan
Abel Russ
Eric Schaeffer
Environmental Integrity Project
1000 Vermont Avenue NW
Suite 1100
Washington, DC 20005
(202) 888-2701
jduggan@environmentalintegrity.org
aruss@environmentalintegrity.org
eschaeffer@environmentalintegrity.org

Alexis Andiman
Peter Lehner
Earthjustice
48 Wall Street, 19th Floor
New York, NY 10005
(212) 845-7376
aandiman@earthjustice.org
plehner@earthjustice.org

Carrie Apfel
Kara Goad
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org
kgoad@earthjustice.org

*Counsel for Petitioners Cape Fear River Watch, Rural Empowerment Association for Community Help, Waterkeepers Chesapeake, Animal Legal Defense Fund, Center for Biological Diversity, Comite Civico del Valle, Environment America, Food & Water Watch, The Humane Society of the United States, and Waterkeeper Alliance*

## CERTIFICATE OF COMPLIANCE

I hereby certify:

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains no more than 474 words.

2. This document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

*s/ Andrew J. Doyle*

*Counsel for Respondents*