# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CAPE FEAR RIVER WATCH, et al.,

*Petitioners*,

v.                                                                  No. 19-2450

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

*Respondents*.

_____

## STIPULATION OF DISMISSAL

Petitioners and Respondents hereby stipulate under Fed. R. App. P. 42(b)(1) and Local Rule 42 that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

                                                Respectfully Submitted,

Dated: March 13, 2023                 *s/ Jennifer Duggan*
                                               Jennifer Duggan
                                               Abel Russ
                                               Eric Schaeffer
                                               Environmental Integrity Project
                                               1000 Vermont Avenue NW, Suite 1100
                                               Washington, DC 20005
                                               (202) 888-2701
                                               jduggan@environmentalintegrity.org
                                               aruss@environmentalintegrity.org
                                               eschaeffer@environmentalintegrity.org

Alexis Andiman
Peter Lehner
Earthjustice
48 Wall Street, 19th Floor
New York, NY 10005
(212) 845-7376
aandiman@earthjustice.org
plehner@earthjustice.org

Carrie Apfel
Kara Goad
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org
kgoad@earthjustice.org

*Counsel for Petitioners Cape Fear River Watch, Rural Empowerment Association for Community Help, Waterkeepers Chesapeake, Animal Legal Defense Fund, Center for Biological Diversity, Comite Civico del Valle, Environment America, Food & Water Watch, The Humane Society of the United States, and Waterkeeper Alliance*

 *s/ Andrew J. Doyle*
TODD KIM
*Assistant Attorney General*
ANDREW J. DOYLE
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, D.C. 20044
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

*Counsel for Respondents EPA and its Administrator*

## CERTIFICATE OF COMPLIANCE

I hereby certify:

1.  This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains no more than 196 words.

2.  This document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

*s/ Jennifer Duggan*

*Counsel for Petitioners*

1

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, I filed the foregoing Stipulation of Dismissal through the Court's CMC/ECF system, which will notify each party.

March 13, 2023                                           *s/ Jennifer Duggan*

                                                         *Counsel for Petitioners*

2