FILED: March 13, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-2450
(EPA-OW-2018-0618)

_____

CAPE FEAR RIVER WATCH; RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP; WATERKEEPERS CHESAPEAKE; ANIMAL LEGAL DEFENSE FUND; CENTER FOR BIOLOGICAL DIVERSITY; COMITE CIVICO DEL VALLE; ENVIRONMENT AMERICA; FOOD & WATER WATCH; THE HUMANE SOCIETY OF THE UNITED STATES; WATERKEEPER ALLIANCE

        Petitioners

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency

        Respondents

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk