FILED: March 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2450
(EPA-OW-2018-0618)

_____

CAPE FEAR RIVER WATCH; RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP; WATERKEEPERS CHESAPEAKE; ANIMAL LEGAL DEFENSE FUND; CENTER FOR BIOLOGICAL DIVERSITY; COMITE CIVICO DEL VALLE; ENVIRONMENT AMERICA; FOOD & WATER WATCH; THE HUMANE SOCIETY OF THE UNITED STATES; WATERKEEPER ALLIANCE

       Petitioners

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency

       Respondents

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*